```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


JAMES BROADHEAD, AIS #224802,   :

     Plaintiff,                 :

vs.                             :    CIVIL ACTION 10-0678-CB-M

LPN BARBER, et al.,             :

     Defendants.                :
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 15th day of September, 2011.

```
                          s/Charles R. Butler, Jr._____
                          SENIOR UNITED STATES DISTRICT JUDGE
```